27 P. 167 
1 Colo.App. 21
 LOMAX et al. v. BESLEY. 
Court of Appeals of Colorado
June 23, 1891

 
 Error
 to Park county court.
 
 
 Bailey
 & Wilkin, for plaintiffs in error.
 
 
 W.H.
 Nash and R.D. Thompson, for defendant in error.
 
 
 RICHMOND,
 P.J.
 
 
 In
 January, 1883, defendant in error, Irving Besley, filed in
 the office of the county clerk of Park county a notice of a
 claim amounting to $340.60 against plaintiffs in error. Lomax
 and Cowell, for work and labor done and moneys expended on
 the Coney lode in Mosquito mining district, property of the
 plaintiffs in error, and by said notice claimed a lien upon
 the mine to the amount of his claim. July 4, 1883, he
 instituted an action to enforce the lien, and on the same day
 filed an affidavit in support of an application for service
 of summons by publication. Thereafter the court made the
 following order: "It is hereby ordered by the court that
 personal service cannot be had; that service be by
 publication in Fairplay Flume. Ordered July, 1883. V.G.
 HOLLIDAY, Judge." August 9th judgment was rendered
 against the plaintiffs in error for the sum of $449.31 and
 costs. To
 [27 P. 168.] 
 reverse this judgment this writ is prosecuted. The record
 fails to show the issuance of summons, nor does it appear
 that publication was made as required by law, no affidavit to
 that effect having been filed. Whether service could be
 obtained by publication in this class of cases we need not
 here decide, as the record fails to show compliance with the
 requirements of the Code, where service may be obtained by
 publication. Without service of some kind the judgment should
 not have been rendered, and so rendered was absolutely void.
 The judgment is reversed, and cause remanded.